929 P.2d 114

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Kerkenbush | 18514 | 11/08/96 | Affirmed |
| State v. Neff | 18263 | 11/12/96 | Affirmed in part, Vacated and Remanded |
| State v. Hall | 18391 | 11/12/96 | Affirmed |
| State v. Olivas | 17111 | 11/14/96 | Affirmed |
| State v. Vandenberg | 17304 | 11/14/96 | Affirmed |
| Engelstad v. City & County | 16076 | 11/14/96 | Vacated and Remanded |
| Chamberlain v. Hualalai Farms Community Ass'n | 16200 | 11/14/96 | Affirmed |
| Higdon v. Tanaka | 17051 | 11/15/96 | Vacated and Remanded |
| State v. Mac Everett | 17113 | 11/18/96 | Affirmed |
| State v. Amsbary | 18639 | 11/18/96 | Affirmed |
| State v. Tawney | 16673 | 11/19/96 | Affirmed |
| State v. Darisay | 16541 | 11/19/96 | Affirmed |
| Frisbee v. State | 17870 | 11/20/96 | Affirmed |
| State v. Kelii | 17775 | 11/21/96 | Affirmed |
| Doe, (DOB 3/12/91), In re | 18252 | 11/22/96 | Affirmed |
| State v. Munzig | 18022 | 11/22/96 | Affirmed |
| State v. Borling | 19437 | 11/25/96 | Affirmed in part and Reversed |
| Skipper v. Administrative Director | 18185 | 11/26/96 | Affirmed in part and Reversed in part |
| State v. Rasavong | 17607 | 11/26/96 | Affirmed |
| Renshaw v. Hawaiian Tradewinds | 17691 | 11/27/96 | Affirmed |
| Doe, Guardianship of, In re | 15991, 16084 & 16629 | 11/27/96 | Affirmed |
| Kaina v. Kapalua Land Co., Ltd. | 16149 | 10/9/96 | Denied —— Hawai'i ——, —— P.2d —— |